JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARE REDMON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-05395-MWF (MARx)<br><br>**ORDER OF DISMISSAL**<br><br>Judge:   Hon. Michael W. Fitzgerald<br>Location: Courtroom 5A |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and now is, dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: July 24, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

1

**ORDER**